Opinion filed September 11, 2008 











 
 
  
 
 







 
 
  
 
 




Opinion filed September
11, 2008 

 

 

 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00339-CR

                                                    __________

 

                                    LIM JAVAR WALTON, Appellant

                                                             V.

                                         STATE
OF TEXAS, Appellee

 



 

                                        On
Appeal from the 142nd District Court

                                                        Midland
County, Texas

                                                 Trial
Court Cause No. CR33416

 



 

                                              M E
M O R A N D U M   O P I N I O N

Pursuant
to this court=s Tex. R. App. P. 38.8(b) order, the
trial court conducted a hearing.  In open court and with his counsel present,
appellant informed the trial court that he no longer wished to appeal and that
he would like the appellate court to dismiss the appeal.  Appellant also stated
that he had talked to his counsel, that his decision to discontinue the appeal
was made freely and voluntarily, and that he did not wish to retain other
counsel.  The trial court stated at the conclusion of the hearing that
appellant no longer wished to pursue the appeal.

Therefore,
the appeal is dismissed.  Rule 38.8(b)(4).

 

September 11,
2008                                                                             PER
CURIAM

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.